# EXHIBIT 1

HunterMaclean
ATTORNEYS

HunterMaclean
Attorneys at Law
200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31401

FRANCESCA MACCHIAVERNA
Direct: 912.239.1998
Phone: 912.236.0261
Fax: 912.236.4936
www.huntermaclean.com
fmacchiaverna@huntermaclean.com

March 26, 2026

**VIA EMAIL JCHRISTY@SWFLLP.COM**

John A. Christy, Esq.
Schreeder Wheeler & Flint LLP
1100 Peachtree Street NE Suite 800
Atlanta, GA 30309

RE: **NOTICE OF DEFAULT** – Joint Stipulation and Settlement Agreement dated January 12, 2024 ("Settlement Agreement") between Synergy Homes of Georgia, LLC, Synergy Designer Homes, Inc., and John Read Brennan (collectively "Synergy") and Tiffany E. Caron, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Bankruptcy Estate") of Master Lending Group, LLC ("Debtor"), Case No. 23-40569-EJC, filed in the U.S. Bankruptcy Court for the Southern District of Georgia approved by order of the Court on March 11, 2024 (Doc. 235).

Dear John:

As special counsel, I represent the Trustee for the Bankruptcy Estate of Debtor. The Trustee has not received the $750,000 payment due on December 31, 2025, as required by ¶ 1(d) of the Settlement Agreement. Although the Trustee has accommodated Synergy by allowing two (2) extensions of time in consideration of payments totaling $25,000.00, Synergy has failed to comply with its obligation to pay the past due payment by the deadlines of both extensions. Therefore, this letter is a notice of default ("Notice") pursuant to ¶ 6 of the Settlement Agreement.

Synergy has five (5) business days from the date of your receipt of this Notice to cure its default. If Synergy fails to cure its default, the Trustee will pursue her legal remedies, including but not limited to demanding payment of the full amount due, less any payment made, plus interest thereafter at the rate of twelve percent (12%) per annum coupled with a request that Synergy consent to entry of a judgment for the default amount, which is approximately $2.7 Million, payable with post-judgment interest at the greater of twelve percent (12%) per annum, or the judgment legal rate.

I look forward to Synergy's prompt response to this Notice.

Sincerely,

Francesca Macchiaverna

FM/bp

cc: Tiffany E. Caron, Chapter 7 Trustee (via email tiffany.caron@hotmail.com)