IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MASTER LENDING GROUP, LLC, | ) | Case No. 23-40569-EJC |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| | ) | |
| TIFFANY E. CARON, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF MASTER LENDING GROUP, LLC, | ) | ADVERSARY PROCEEDING NO. 26-04010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SYNERGY HOMES OF GEORGIA, LLC, SYNERGY DESIGNER HOMES, INC., and JOHN READ BRENNAN, | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER OF DEFENDANTS**

COMS NOW, Defendants and asserts their affirmative defenses and otherwise responds to Plaintiff's Complaint as follows:

1.

Defendants admit Paragraph 1 of the Complaint.

2.

Defendants admit Paragraph 2 of the Complaint.

3.

Defendants admit Paragraph 3 of the Complaint.

4.

Defendants admit Paragraph 4 of the Complaint.

5.

Defendants admit Paragraph 5 of the Complaint.

6.

Defendants admits Paragraph 6 of the Complaint.

7.

Defendants admit Paragraph 7 of the Complaint.

8.

Defendants admit Paragraph 8 of the Complaint.

9.

Defendants admit Paragraph 9 of the Complaint.

10.

Defendants admit Paragraph 10 of the Complaint.

11.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 11, the allegations are denied.

12.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 11, the allegations are denied.

13.

Defendants admit Paragraph 13 of the Complaint.

14.

Defendants admit Paragraph 14 of the Complaint.

15.

Defendants admit Paragraph 15 of the Complaint.

16.

Defendants admit Paragraph 16 of the Complaint.

17.

Schedules A and B are the highest and best evidence of their content and shall speak for themselves. To the extent a further response is required to Paragraph 11, the allegations are denied.

18.

The Defendants are without sufficient information upon which to admit or deny the allegations concerning the Trustee's state of mind, motive or intent. To the extent a further response is required to Paragraph 11, the allegations are denied.

19.

Defendants deny Paragraph 19 of the Complaint.

20.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 20, the allegations are denied.

21.

Defendants admit Paragraph 21 of the Complaint.

22.

Defendants admit that the payments were not made, but are without sufficient knowledge or information upon which to form a belief as to the truth or accuracy of the allegations concerning the Trustee's state of mind or motivations and to the extent a further reply is required to this Paragraph, the allegations are denied.

23.

Exhibit 1 is the highest and best of its content and shall speak for itself. To the extent a further response is required to this Paragraph, the allegations are denied.

24.

Defendants admit Paragraph 24 of the Complaint.

25.

Defendants admit Paragraph 25 of the Complaint.

26.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 26, the allegations are denied.

27.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 27, the allegations are denied.

28.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 28, the allegations are denied.

29.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 29, the allegations are denied.

30.

In response to Paragraph 30 of the Complaint, Defendants restate and incorporate by reference herein their responses to Paragraphs 1 - 29 of the Complaint with the same force effect as if they had been restated herein.

31.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 31, the allegations are denied.

32.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 32, the allegations are denied.

33.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 33, the allegations are denied.

34.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 34, the allegations are denied.

35.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 35, the allegations are denied.

36.

The Settlement Agreement is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to Paragraph 36, the allegations are denied.

37.

In response to Paragraph 37 of the Complaint, Defendants restate and incorporate by reference herein their responses to Paragraphs 1 - 36 of the Complaint with the same force effect as if they had been restated herein.

38.

In response to Paragraph 38 of the Complaint, Defendants restate and incorporate by reference herein their responses to Paragraphs 1 - 37 of the Complaint with the same force effect as if they had been restated herein.

39.

The Personal Guaranty is the highest and best evidence of its content and shall speak for itself. To the extent a further response is required to this Paragraph, the allegations are denied.

40.

The Personal Guaranty and Settlement Agreement are the highest and best evidence of their content and shall speak for themselves. To the extent a further response is required to this Paragraph, the allegations are denied.

41.

Defendants deny Paragraph 41 of the Complaint.

42.

Defendants deny Paragraph 42 of the Complaint.

43.

In response to Paragraph 43 of the Complaint, Defendants restate and incorporate by reference herein their responses to Paragraphs 1 - 42 of the Complaint with the same force effect as if they had been restated herein.

44.

he Personal Guaranty and Settlement Agreement are the highest and best evidence of their content and shall speak for themselves. To the extent a further response is required to this Paragraph, the allegations are denied

45.

Defendants deny Paragraph 45 of the Complaint.

46.

Defendants deny Paragraph 46 of the Complaint.

47.

Defendants admit Paragraph 47 of the Complaint as plead.

48.

The allegations of the Trustee's intentions require no response from the Defendants, but they deny the Plaintiff is entitled to an award of attorneys' fees.

49.

Any allegations not heretofore specifically admitted is expressly denied.

WHEREFORE, Defendants demands judgment that Plaintiff's Complaint against them be dismissed with prejudice, that all costs be cast against the Plaintiff and that they be awarded such other and further relief as this Court deems just and proper.

This the 15th day of June 2026.

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518
*Attorney for Defendants*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 681-3450
Facsimile: (404) 681-1046
Email: jchristy@swfllp.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day filed a true and correct copy of the within and foregoing Answer of Defendants was filed with the Clerk of Court and served through the Court's ECF filing system on all parties as follows:

Francesca Macchiaverna
Robert Hurst
Luckshume Ketheeswaran
HUNTER MACLEAN EXLEY & DUNN, P.C.
P.O. Box 9848
Savannah, Georgia 31412-0048

This the 15th day of June 2026.

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518
*Attorney for Defendants*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 681-3450
Facsimile: (404) 681-1046
Email: jchristy@swfllp.com

K:\10843\1\26-04010\Pleadings\Answer.docx